[No. 38215-2-I.    Division One.    May 27, 1997.]

*In the Matter of the Marriage of* FRANCESCA
CHITWOOD, *Respondent*, and ROY CHITWOOD,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 95-2-08258-1, Hollis Holman, J. Pro Tem.,
entered November 21, 1995. *Affirmed* by unpublished
opinion per Agid, J., concurred in by Kennedy, A.C.J., and
Grosse, J.

[No. 38503-8-I.    Division One.    May 27, 1997.]

THE FIRST CONNECTIONS, INC., *Respondent*, v. JAMES
B. HANSON, ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 95-2-23737-1, Michael J. Fox, J., entered
March 27, 1996. *Affirmed* by unpublished per curiam
opinion.

[No. 38558-5-I.    Division One.    May 27, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC LEE
MAHONEY, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 95-1-04740-4, James A. Noe, J., entered April
8, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 38562-3-I.    Division One.    May 27, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DARIN
KENNETH NELSON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 95-1-07443-6, John M. Darrah, J., entered
April 22, 1996. *Affirmed* by unpublished per curiam
opinion.